# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**November 15, 2013**

| | | |
|---|---|---|
| CAAP–10–00 00208 | Thomas H. Gentry Revocable Trust, In re | Affirmed |

**November 18, 2013**

| | | |
|---|---|---|
| CAAP–13–00 00049 | Soderholm Sales and Leasing, Inc. v. Department of Budget and Fiscal Services | Affirmed |

**November 19, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00686 | State v. Han Kamakani Phua | Affirmed |

**November 20, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00422 | Shimose v. Hawaiʻi Health Systems Corp. | Affirmed |

**November 21, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00653 | Manderville v. Black | Remanded |
| 30598 | State v. Derek K. Ho | Affirmed |

**November 22, 2013**

| | | |
|---|---|---|
| CAAP–10–00 00200 | Smith v. Kanemoto | Affirmed |
| CAAP–10–00 00089 | State v. Pasion | Vacated and Remanded |

**November 26, 2013**

| | | |
|---|---|---|
| CAAP–13–00 00022 | Panado v. Board of Trustees Employees' Retirement System State of Hawaiʻi | Affirmed |